IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 3359 |
| WISCONSIN REBAR, INC., a Wisconsin corporation, | ) ) ) ) | JUDGE RONALD A. GUZMAN |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, WISCONSIN REBAR, INC., a Wisconsin corporation, in the total amount of $12,892.65, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,706.00.

On July 20, 2022, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at her residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 10, 2022. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Wisconsin Rebar\motion for default and judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of August 2022:

      Ms. Wendy Schmitz, Registered Agent
      Wisconsin Rebar, Inc.
      1019 Man Cal Road
      Brillion, WI   54110-9605

      Ms. Wendy Schmitz, Registered Agent
      Wisconsin Rebar, Inc.
      N9559 Harvestore Road
      Brillion, WI   54110-9746

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Wisconsin Rebar\motion for default and judgment.pnr.df.wpd